IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03031-MSK-BNB

AMY LECK,

Plaintiff,

v.

FINANCIAL PLANNING ASSOCIATION,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify Scheduling Order** [docket no. 19, filed April 5, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the deadline for joinder of parties and amendment of pleadings is extended to and including **June 17, 2013**.

DATED:  April 10, 2013